# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 394 EAL 2021

          Respondent   :

                          :   Petition for Allowance of Appeal
                          :   from the Order of the Superior Court

          v.   :

DONTEZ PERRIN,   :

          Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of January, 2022, the Petition for Allowance of Appeal is **GRANTED**. The issue, as rephrased, is as follows:

> Did the trial court abuse its discretion in refusing to accept the parties' stipulations regarding the credibility of witnesses?

The Prothonotary is directed to provide a copy of this order to the Attorney General, who is invited to participate in this appeal as *amicus curiae*.